No. 23, Original. STATE OF OKLAHOMA *v.* STATE OF TEXAS. Motion for leave to intervene submitted October 11, 1920. Order entered October 18, 1920.

ORDER. The motion of E. Everett Rowell for leave to intervene is granted, but with the restriction that such intervention shall not delay the approaching hearing on general questions in the cause and that as respects that hearing this intervener must rely upon the evidence already taken and reported to the court. Other parties to the cause are granted ten days within which to answer the petition of this intervener.

---

No. 28. FRANKLIN SHAW ET AL. *v.* JOHN BARTON PAYNE, SECRETARY OF THE INTERIOR. Appeal from the Court of Appeals of the District of Columbia. Motion to dismiss or affirm submitted October 25, 1920. Decided November 8, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Champion Lumber Co.* v. *Fisher,* 227 U. S. 445; *Taylor* v. *Taft,* 203 U. S. 461. *Mr. Charles A. Towne, Mr. Duane E. Fox* and *Mr. Frank B. Fox* for appellants. *The Solicitor General* for appellee.